316

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD MALEK, Defendant-Appellant.

(No. 58478; ▮▮▮▮▮▮▮▮▮

First District (5th Division)—August 17, 1973.

▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE LORENZ.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.